JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Pet. tioner
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5.16.13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARK SHANNON WEAVER,               ) Case No. CV 13-3269-FMO (JPR)
                                   )
                Petitioner,        )
                                   )      J U D G M E N T
        vs.                        )
                                   )
LINDA SANDERS, Warden,             )
                                   )
                Respondent.        )
_____)

    Pursuant to the Memorandum and Order Summarily Dismissing
Action Without Prejudice,

    IT IS HEREBY ADJUDGED that this action is dismissed without
prejudice.

DATED: May 15, 2013              _____/s/_____
                                 FERNANDO M. OLGUIN
                                 U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY