JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Pet. tioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____5.16.13_____

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 1 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARK SHANNON WEAVER,       ) Case No. CV 13-3269-FMO (JPR)
                           )
            Petitioner,    )
                           )        J U D G M E N T
        vs.                )
                           )
LINDA SANDERS, Warden,     )
                           )
            Respondent.    )
_____)

    Pursuant to the Memorandum and Order Summarily Dismissing
Action Without Prejudice,

    IT IS HEREBY ADJUDGED that this action is dismissed without
prejudice.

DATED: May 15, 2013                _____/s/_____
                            FERNANDO M. OLGUIN
                            U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 1 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY